IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ANN EDENFIELD LEMLEY, individually and as Administrator of the Estate of William Jacob Wade, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>RED BULL NORTH AMERICA, INC.,<br><br>Defendant. | CASE NO. CV417-033 |

## ORDER

The above captioned case is currently assigned to the Honorable William T. Moore, Jr. However, the complaint in this case is an amended version of the previously dismissed complaint in CV416-080, which was assigned to the Honorable Lisa Godbey Wood. Because the factual allegations and legal issues are almost identical to the previous case, **IT IS HEREBY ORDERED** that the case is **TRANSFERRED** to the Honorable Lisa Godbey Wood.

SO ORDERED this 27th day of March 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA