| | |
|---|---|
| ANN EDENFIELD LEMLEY, as Administrator of the Estate of WILLIAM JACOB WADE, Deceased, and ANN EDENFIELD LEMLEY, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>RED BULL NORTH AMERICA, INC.,<br><br>Defendant. | Civil Action No. 4:17-cv-00033-LGW-GRS |

## ORDER STAYING DISCOVERY

Defendant Red Bull North America, Inc. and Plaintiffs Ann Edenfield Lemley, as Administrator of the Estate of William Jacob Wade, and Ann Edenfield Lemley, individually, have filed a Joint Motion to Stay Discovery. The Court having considered the Motion and for good cause shown,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The commencement of discovery in this matter shall be stayed for 45 days from the date of this Order to permit the parties to negotiate in good faith regarding the possibility of settlement. Discovery shall commence upon the expiration of that stay, or any extension thereof for good cause shown.

IT IS SO ORDERED, this 7TH day of June 2017.

HONORABLE GEORGE R. SMITH
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA