IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANN EDENFIELD LEMLEY, as )
Administrator of the Estate of )
WILLIAM JACOB WADE, )
Deceased, and ANN EDENFIELD )
LEMLEY, Individually, )
                                             )     Civil Action No. 4:17-cv-00033-LGW-GRS
        Plaintiffs, )
                                             )
v. )
                                             )
RED BULL NORTH AMERICA, INC., )
        Defendant. )

## SCHEDULING ORDER

Defendant Red Bull North America, Inc. ("Red Bull") and Plaintiffs Ann Edenfield Lemley, as Administrator of the Estate of William Jacob Wade, and Ann Edenfield Lemley, individually, filed a Consolidated Rule 26(f) Report on May 15, 2017.[1] (Doc. 21). The Court having considered the Report and for good cause shown, **HEREBY ENTERS** the following Scheduling Order:

### I. Stay of Discovery

Pursuant to a separate order entered by the Court granting the Parties' Joint Motion to Stay Discovery, discovery shall be stayed for 45 days to facilitate the Parties' good faith efforts to negotiate a resolution of this litigation. Discovery shall commence upon the expiration of that stay, or any extension thereof for good cause shown.

---

[1] The Court collectively refers to Ms. Lemley, both in her capacity as administrator of Mr. Wade's estate and in her individual capacity, as "Plaintiff."

## II. Discovery Deadlines

The following discovery deadlines shall apply in this case:

(1) <u>Discovery Cut-Off</u>: The parties shall serve all written discovery on opposing parties and shall complete all depositions within 8 months following the commencement of discovery.

(2) <u>Expert Discovery</u>: The following deadlines shall apply to expert witnesses:

(i) <u>The Plaintiff</u>: The Plaintiff shall furnish expert witness reports required by Fed. R. Civ. P. 26(a)(2)(B) and provide the disclosures required by Fed. R. Civ. P. 26(a)(2)(C) within 5 months after the commencement of the 8 month discovery period, unless subsequently extended by Order of the Court.

(ii) <u>Red Bull</u>: Red Bull shall furnish expert witness reports required by Fed. R. Civ. P. 26(a)(2)(B) and provide the disclosures required by Fed. R. Civ. P. 26(a)(2)(C) within 6 months after the commencement of the 8 month discovery period, unless subsequently extended by Order of the Court.

## III. Motions Deadlines

The following motions deadlines shall apply in this case:

(1) <u>Motions to Add or Join Parties or Amend Pleadings</u>: The parties shall file all motions to add or join parties or amend pleadings within 60 days after the first answer of the defendant named in the original complaint.

(2) <u>All Other Motions</u>:  The parties shall file all other motions, including *Daubert* motions but excluding motions in limine, within 30 days after the close of discovery.

**IT IS SO ORDERED**, this __8__ day of June 2017.

/s/ G. R. Smith
HONORABLE G. R. SMITH
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

*Prepared and presented by:*

R. Clay Ratterree
Georgia Bar No. 595312
clayr@epra-law.com
Philip Thompson
Georgia Bar No. 963572
pthompson@epra-law.com
ELLIS, PAINTER, RATTERREE &
  ADAMS LLC
2 East Bryan Street, 10th Floor
Savannah, GA 31401
Telephone: (912) 233-9700
Facsimile: (912) 233-2281

Matthew J. Calvert*
Georgia Bar No. 105340
mcalvert@hunton.com
Andrew S. Koelz*
Georgia Bar No. 208399
akoelz@hunton.com
HUNTON & WILLIAMS LLP
Bank of America Plaza, Suite 4100
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216
Telephone: 404-888-4000
Facsimile: 404-888-4190

**Attorneys for Defendant**

*\*Admitted pro hac vice*

Charles J. Bowen
Georgia Bar No. 071115
cbowen@thebowenlawgroup.com
THE BOWEN LAW GROUP
7 East Congress Street, Suite 1001
Savannah, GA 31401
Telephone: (912) 544-2050
Facsimile: (912) 544-2070

James S. Paglinawan*
jp@mlawfirm.com
MUNAWAR & ANDREWS-SANTILLO, LLP
420 Lexington Avenue, Suite 2601
New York, New York 10170
Telephone: (212) 400-4000
Facsimile: (212) 300-3730

**Attorneys for Plaintiff**

*\*Admitted pro hac vice*