# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office

11-8-2017

Deputy Clerk

| | |
|---|---|
| ANN EDENFIELD LEMLEY, individually and as Administrator of the Estate of William Jacob Wade, )<br><br>Plaintiff,<br><br>v.<br><br>RED BULL NORTH AMERICA, INC.,<br><br>Defendat. | CV417-033 |

## ORDER

This Court stayed discovery in this case, doc. 30, and entered the Scheduling Order the parties prepared reflecting that stay. Doc. 31. The Scheduling Order, however, failed to set any deadline for the pretrial order. *See id.* Accordingly, the Scheduling Order is amended as follows:

Pretrial Order Due*:          60 days after motions deadline.

**SO ORDERED**, this 7th day of November, 2017.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

* The pretrial order shall be in the format for Judge Lisa Godby Wood. The required form can be located at the Court's website, www.gas.uscourts.gov, under "forms."