# In the United States District Court for the Southern District of Georgia Savannah Division

ANN EDENFIELD LEMLEY, as
Administrator of the Estate of
WILLIAM JACOB WADE,
Deceased, and ANN EDENFIELD
LEMLEY, individually,

    Plaintiffs,

v.

RED BULL NORTH AMERICA, INC.,

    Defendant.

CV 417-33

### ORDER

Plaintiffs and Defendant have notified the Court that they have stipulated to the dismissal with prejudice of all claims asserted in this action. Dkt. No. 47. The stipulation of dismissal complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, it is **ORDERED** that Plaintiffs' claims against Defendant are in all respects dismissed with prejudice. Each party shall bear its own fees and costs.

**SO ORDERED**, this 27 day of December, 2017.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)